**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>WARREN K. FARLEY<br>ROYAL A FARLEY<br>Debtor(s) | Case No. 14-42741 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/26/2014.

2) The plan was confirmed on 06/03/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/22/2017.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $84,361.40 |
| Less amount refunded to debtor | $3,835.40 |

**NET RECEIPTS:** $80,526.00

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,570.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,492.19 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,062.19

Attorney fees paid and disclosed by debtor:    $1,430.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT | Unsecured | 334.46 | NA | NA | 0.00 | 0.00 |
| ADVANCED MEDICAL IMAGING CEN | Unsecured | 93.90 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 2,317.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 11,116.01 | 976.44 | 976.44 | 150.89 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 1,290.54 | NA | NA | 0.00 | 0.00 |
| AMIC - Advanced Medical Imaging CT | Unsecured | 301.65 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 2,312.30 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| AT&T CORP | Unsecured | 323.00 | 396.53 | 396.53 | 52.86 | 0.00 |
| BLUE CROSS BLUESHIELD | Unsecured | 6,000.00 | 6,875.75 | 6,875.75 | 768.03 | 0.00 |
| CACH | Unsecured | 2,272.00 | 2,272.24 | 2,272.24 | 351.13 | 0.00 |
| CACH | Unsecured | NA | 12,499.89 | 12,499.89 | 1,931.57 | 0.00 |
| CARRINGTON MORGAGE SERV | Secured | 0.00 | 166,995.52 | 166,995.52 | 0.00 | 0.00 |
| CARRINGTON MORGAGE SERV | Secured | NA | 14,059.37 | 14,059.37 | 14,059.37 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 576.00 | 576.04 | 576.04 | 64.35 | 0.00 |
| CERASTES LLC | Unsecured | NA | 1,500.00 | 1,500.00 | 231.79 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 68.85 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 146.40 | 658.80 | 658.80 | 87.83 | 0.00 |
| CMK INVESTMENTS INC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 441.60 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 902.64 | 920.21 | 920.21 | 109.72 | 0.00 |
| Credit Cntrl | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTION | Unsecured | 1,303.00 | 1,303.65 | 1,303.65 | 102.36 | 0.00 |
| DIRECTV LLC | Unsecured | 284.50 | 284.50 | 284.50 | 37.93 | 0.00 |
| ECP SVC | Unsecured | 29.25 | NA | NA | 0.00 | 0.00 |
| EZ TERMS AUTO FIN LLC | Unsecured | 8,438.00 | 0.00 | 108.80 | 16.82 | 0.00 |
| EZ TERMS AUTO FIN LLC | Secured | 6,450.00 | 14,996.80 | 14,888.00 | 14,888.00 | 721.15 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FAMSA INC | Unsecured | 2,160.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 112.95 | NA | NA | 0.00 | 0.00 |
| FIRST STEP GROUP | Unsecured | 12,499.89 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE LLC | Unsecured | 629.24 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 9,646.00 | 0.00 | 280.66 | 37.42 | 0.00 |
| GM FINANCIAL | Secured | 14,325.00 | 24,251.66 | 23,971.00 | 23,971.00 | 1,160.68 |
| HEALTH CARE CENTERS | Unsecured | 185.20 | NA | NA | 0.00 | 0.00 |
| HEALTH CARE SVC CORP | Unsecured | 6,598.20 | NA | NA | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Secured | 3,950.00 | 8,855.15 | 0.00 | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Unsecured | 4,905.00 | 7,250.65 | 7,250.65 | 1,120.42 | 0.00 |
| HY STYLE DYNETTE | Unsecured | 2,840.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 396.53 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 3,983.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 625.00 | 126.60 | 126.60 | 16.87 | 0.00 |
| IL DEPT OF REVENUE | Priority | NA | 541.29 | 541.29 | 541.29 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 212.00 | 211.74 | 211.74 | 32.72 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 203.73 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 2,112.52 | 3,022.63 | 3,022.63 | 467.08 | 0.00 |
| IMPERIAL CREDIT SYSTEMS INC | Unsecured | 935.32 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 4,250.17 | 4,250.17 | 4,250.17 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 844.18 | 844.18 | 130.44 | 0.00 |
| MAGE & PRICE | Unsecured | 693.00 | NA | NA | 0.00 | 0.00 |
| MALCOM S GERALD & ASSOC | Unsecured | 550.75 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| MERCY HOSPITAL | Unsecured | 163.87 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,325.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 841.44 | 841.44 | 841.44 | 130.03 | 0.00 |
| MIDLAND ORTHOPEDIC ASSOCIATES | Unsecured | 677.70 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SOLUTION | Unsecured | 786.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Secured | 4,125.00 | 4,476.79 | 4,476.79 | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 2,908.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 3,785.50 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 550.15 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CAPITAL INVESTMENT | Unsecured | 3,423.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 58.01 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 2,343.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 2,278.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 2,342.63 | 2,342.63 | 362.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 2,177.67 | 2,177.67 | 336.51 | 0.00 |
| PRAIRIE ANESTHESIA | Unsecured | 76.50 | 220.35 | 220.35 | 34.05 | 0.00 |
| Professional Account Services | Unsecured | 598.20 | NA | NA | 0.00 | 0.00 |
| PTSIR | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| PURCHASING POWER | Unsecured | 3,479.37 | 3,479.37 | 3,479.37 | 537.65 | 0.00 |
| RECOVERY ONE | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 1,124.86 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 291.00 | 48,037.60 | 48,037.60 | 7,423.11 | 0.00 |
| STEVEN J FINK & ASSOCS | Unsecured | 1,777.86 | NA | NA | 0.00 | 0.00 |
| STUART ALLAN & ASSOC | Unsecured | 2,861.60 | NA | NA | 0.00 | 0.00 |
| THE RESERVE AT SALUKI POINTE | Unsecured | 864.00 | 864.00 | 864.00 | 133.51 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 427.30 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Secured | NA | 285.00 | 285.00 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Unsecured | NA | 0.00 | 1,326.98 | 205.06 | 0.00 |
| UNITED RECOVERY SERVICE | Unsecured | 44.65 | NA | NA | 0.00 | 0.00 |
| UPTOWN CASH | Unsecured | 1,049.61 | NA | NA | 0.00 | 0.00 |
| US DEPART OF HUD | Secured | 75,000.00 | 24,840.20 | 24,840.20 | 0.00 | 0.00 |
| US DEPART OF HUD | Unsecured | 77,586.00 | NA | NA | 0.00 | 0.00 |
| VENGROFF & WILLIAMS ASSOC INC | Unsecured | 264.70 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $191,835.72 | $0.00 | $0.00 |
| Mortgage Arrearage | $14,059.37 | $14,059.37 | $0.00 |
| Debt Secured by Vehicle | $43,335.79 | $38,859.00 | $1,881.83 |
| All Other Secured | $285.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$249,515.88** | **$52,918.37** | **$1,881.83** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,791.46 | $4,791.46 | $0.00 |
| **TOTAL PRIORITY**: | **$4,791.46** | **$4,791.46** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$99,399.35** | **$14,872.15** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,062.19 |
| Disbursements to Creditors | $74,463.81 |
| **TOTAL DISBURSEMENTS** : | **$80,526.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/07/2018     By: /s/ Tom Vaughn
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**